D. Conn.
22-cv-1485
Hall, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

Present:
        Richard J. Sullivan,
        Michael H. Park,
        Steven J. Menashi,
                *Circuit Judges*.

---

Bozzuto's Inc., James Jones, Chuck Cerreta, Joel Santiago,

                *Petitioners*,

        v.                              25-549

Don-Rudy Loiseau, individually and, on behalf of all others similarly situated, Quinton L. Hebron, Dwayne Small,

                *Respondents*.

---

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order granting, in part, Respondents' motion for class certification. They also seek leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted.[1] *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd*., 262 F.3d 134, 139–40 (2d Cir. 2001).

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk of Court

---

[1] Judge Menashi would grant the Rule 23(f) petition.